# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 4:25-cr-14 |
| v. | ) | |
| | ) | JUDGES ATCHLEY/STEGER |
| ANTHONY STEVEN ALLEY | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by Francis M. Hamilton III, the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That ANTHONY STEVEN ALLEY**,** FBI No. 732488KB5, is now in the custody of the Sheriff/Warden at the Bledsoe County Correctional Complex, 1045 Horsehead Road, Pikeville, Tennessee, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant ANTHONY STEVEN ALLEY , in this District the above-captioned case, which is set for an Initial Appearance on Wednesday, July 9, 2025, at 11:00 a.m.**,** or for his case to be otherwise disposed of upon said indictment heretofore returned against him, in the United States District Court for the Eastern District of Tennessee, at Chattanooga, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff/Warden, of the Bledsoe

County Correctional Complex, Pikeville, Tennessee, commanding him to produce the said ANTHONY STEVEN ALLEY before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff/Warden so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said ANTHONY STEVEN ALLEY into his custody and possession at said Bledsoe County Correctional Complex, Pikeville, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff/Warden of the Bledsoe County Correctional Complex, Pikeville, Tennessee, as aforesaid.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _____
RUSS SWAFFORD
Assistant United States Attorney
Tennessee Bar No. 034803
Florida Bar No. 1036066
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 385-1332
russ.swafford@usdoj.gov

2