AO 442 (Rev. 01/09) Arrest Warrant

FBI   JUN 2 6 2025

FILED
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

U.S. MARSHAL SERVICE
JUN 24 '25 PM 2:33

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>QUASTAIA RENAY BRASWELL<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  4:25-cr-14<br>)         CEA/CHS<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* QUASTAIA RENAY BRASWELL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

From in or about January 2022, through and including on or about May 9, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, QUASTAIA RENAY BRASWELL and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate, and agree with one another and with diverse others to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Date: 06/24/2025

_____
*Issuing officer's signature*

City and state: Chattanooga, Tennessee

LEANNA R. WILSON, CLERK
~~Hon. Mike Dumitru, U.S. Magistrate Judge~~
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06 24 25 , and the person was arrested on *(date)* 06 26 25
at *(city and state)* CHATTANOOGA .

Date: 06 26 25

_____
*Arresting officer's signature*

Rick Barrett
*Printed name and title*

1825954