UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| v. | Case No.: 4:25−cr−00014−CEA−CHS |
| ROBERT GROVER COOK, III | |

    Upon motion of the government, it is ORDERED that a detention hearing is set for Monday, June 30,2025, at 02:00 PM before a United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATE: June 26, 2025

ENTER.

                                              s/ Christopher H Steger
                                              UNITED STATES MAGISTRATE JUDGE