# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga

**Date:** 6/26/25     **Courtroom:**

**Initial Appearance:** ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

**Other Hearing:** ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 4:25-CR-14     **USA v.** Robert Grover Cook, III

**Present Before: HONORABLE** Christopher H. Steger, U.S. Magistrate Judge

| Russ Swafford | Sam Robinson | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☑ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Kelli Jones | | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☐ SWORN |

**PROCEEDINGS:**

- ☑ Financial affidavit executed    Court Appointed: ☐ Federal Defender or ☑ CJA Attorney
- ☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☐ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
- ☑ Deft. pleads not guilty on counts 1    ☐ Deft. entered no plea
- ☑ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

## DATES SET:

- Jury Trial: 
- Detn Hrg: 6/30/25 @ 2:00
- Arraignment: 
- Status Conf: 
- Revocation Hrg: 
- Final Pretrial Conf.: 
- Preliminary Examination: 
- Motion Hrg: 
- Other Hrg: 

## DEADLINES SET:

- Discovery Ddl: 
- Motion Cut-Off: 
- Plea Ddl: 
- Reciprocal Discovery Ddl: 
- Response Ddl: 
- Other: 

**BOND:**

- ☑ Government moved for detention
- ☐ Dft WAIVED detention hrg.    ☐ Detention hrg. set    ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

**DCR File:** Chatta_4:25-CR-14_20250626_15239     **Court time:** 3:25 to 3:45