# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. 4:25-cr-14 |
| v. | ) |
| | ) Judge Atchley/Steger |
| ROBERT GROVER COOK III | ) |

## NOTICE OF DEFENDANT'S REQUEST FOR PRESERVATION AND DISCOVERY MATERIALS

**COMES NOW** the Defendant, Robert Grover Cook III, by and through counsel Samuel F. Robinson III, and hereby informs this Honorable Court that on this day the Defendant has sent his request for preservation of materials and discovery letter to the Assistant United States Attorney assigned to this case.

Respectfully submitted,

**TIDWELL & ASSOCIATES, P.C.**

Samuel F. Robinson III
TN BPR No. 022261/GA Bar No. 140820
1810 McCallie Avenue
Chattanooga, TN 37404
(423) 602-7511
(423) 602-7515 (fax)
samuelrobinson3@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 26, 2025, a copy of the foregoing Notice of the Defendant's Request for Preservation and Discovery Materials was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                            /s/ Samuel F. Robinson III